**E-Filed 09/13/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ETHAN INVESTMENT, LLC and TRUSTWAY INVESTMENTS, LLC<br><br>            Plaintiffs,<br>   v.<br><br>LOUELLA D. MANZANO; and DOES 1 to 20, inclusive<br>            Defendant. | Case No.: 10-CV-02527-LHK<br><br>REMAND ORDER |

On August 26, 2010, this Court issued an Order to Show Cause why this case should not be remanded to state court for lack of subject matter jurisdiction. The deadline for Plaintiff to show cause was September 6, 2010. Plaintiff has not responded to this Order as of today. Accordingly, this matter is hereby REMANDED to the Superior Court for Santa Clara County. The clerk shall close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: September 13, 2010

_____
LUCY H. KOH
United States District Judge